266 So.2d 334

In re James F. McCONNELL

v.

STATE.

Ex parte STATE of Alabama ex rel.
ATTORNEY GENERAL.

4 Div. 440.

Supreme Court of Alabama.

Aug. 31, 1972.

William J. Baxley, Atty. Gen., and Samuel L. Adams, Asst. Atty. Gen., for the State, petitioner.

Jerry R. Herring, Farmer & Herring, Dothan, for respondent.

PER CURIAM.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McConnell v. State, 266 So.2d 328.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD, MADDOX and SOMERVILLE, JJ., concur.

268 So.2d 877

In re Melvin McGUFF, alias Bo Cannon

v.

STATE.

Ex parte Melvin McGuff, alias Bo Cannon.
SC 126, SC 126A.

Supreme Court of Alabama.
Oct. 19, 1972.

Rehearing Denied Nov. 22, 1972.

Fite, Davis & Fite, Hamilton, Nolen & Enslen, Fayette, Richard O. Fant, Jr., Tuscaloosa, for petitioner.

No briefs for the State.

BLOODWORTH, Justice.

Petition of Melvin McGuff, alias Bo Cannon, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McGuff v. State, 49 Ala.App. 88, 268 So.2d 868.

Writs denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and McCALL, JJ., concur.